UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>Petitioner,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Respondent. | Misc. Case No. 1-25-cv-01721-RML<br><br>Arising from Civil Action No. 5:23-cv-1350-JKP-ESC pending in the United States District Court for the Western District of Texas (San Antonio Div.) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Global Weather Productions, LLC, by and through its undersigned counsel, hereby gives notice that the above-captioned proceeding is voluntarily dismissed, without prejudice, against respondent Meta Platforms, Inc., each party to bear its own costs and attorney's fees.

Dated: May 27, 2025
Uniondale, New York

Respectfully submitted,

SANDERS LAW GROUP

By: /s/ *James H. Freeman* /
James H. Freeman
333 Earl Ovington Blvd., Ste. 402
Uniondale, New York 10804
Telephone: (516) 203-7600
jfreeman@sanderslaw.group

*Attorneys for Plaintiff*

SO ORDERED. ROBERT LEVY
Robert M. Levy
5/28/25  United States Magistrate Judge